**DANNY GRACE PLLC**

ATTORNEYS AND COUNSELORS AT LAW

225 BROADWAY, SUITE 1200
NEW YORK, NY 10007
646.515-2821
718.732-2821 FAX

Writer's email:   athena@dannygracepc.com
Writer Admitted in:   New York; United States District
Court, Northern, Southern and Eastern
Districts of New York

**VIA ECF**

Magistrate Judge Roanne L. Mann
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re:    *Al Hmoud v. Altice USA, Inc. et al*
       20-CV-4806

Dear Judge Mann:

This office represents Plaintiff Mounira Al Hmoud in the above- referenced matter.

Kindly accept this letter as the undersigned's application to withdraw as attorney of record for Plaintiff in this action.

The reason for my application is that effective May 3, 2022, I will no longer be a counsel with the law firm of Danny Grace PLLC.  Plaintiff will continue to be represented by attorneys of record from Danny Grace PLLC.

Accordingly, I respectfully request that the Court grant my application to withdraw as counsel of record for Plaintiff and instruct the Clerk of the Court to remove me from any applicable service list and to terminate the delivery of all ECF notices to me in this action.

Thank you for your consideration of this matter.

Dated:    May 2, 2022

Sincerely,

Athena Pantelopoulos, Esq.
Danny Grace PLLC
225 Broadway, Suite 1200
New York, NY 10007
(646) 515-2821

cc:    All counsel of record (via ECF)